Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
24301 Southland Dr. #200
Hayward, Ca 94540-5004
Telephone: (510) 266-5580
Fax:(510) 266-5589

**FILED**
AUG 2 4 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: WENCESLAO N. MALOGAN ) Case No: 04-42653 LT 13
ALICIA R. MALOGAN )
) Chapter 13
Debtor(s) ) **NOTICE OF UNCLAIMED**
) **DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $292.11 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 04-42653 LT 13 | AILEEN MALOGAN<br>26690 GADING RD #209<br>HAYWARD, CA 94544 | $ 8,770.00 | $ 292.11 |
| | Total Unclaimed Dividends | | $ 292.11 |

Dated: August 19, 2009

_Martha G Bronitsky_
Martha G. Bronitsky, Chapter 13 Trustee